IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOSE A. CENTENO,

    Plaintiff,

v.

MEGAN J. BRENNAN,
POSTMASTER GENERAL,
UNITED STATES POSTAL
SERVICE,

    Defendant.

Case No. 3:16-cv-87

JUDGE WALTER H. RICE

---

DECISION AND ENTRY OVERRULING AS MOOT
DEFENDANT'S MOTION TO DISMISS (DOC. #22)

---

Given that Plaintiff has filed a Second Amended Complaint, Doc. #27, and Defendant has filed a Third Motion to Dismiss, Doc. #33, Plaintiff's Motion to Dismiss the Amended Complaint, Doc. #22, is OVERRULED AS MOOT.

Date: June 1, 2017

                                                    WALTER H. RICE
                                                  UNITED STATES DISTRICT JUDGE