IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOSE A. CENTENO, :

    Plaintiff,

  v. : Case No. 3:16-cv-87

POSTMASTER GENERAL,
UNITED STATES POST OFFICE,
*et al.*, :

    Defendants.

JUDGE WALTER H. RICE

---

STATUS REPORT ORDER

---

According to the last Status Report, filed by Plaintiff on April 23, 2019, Plaintiff was awaiting a decision from the EEOC regarding his appeal of the Final Agency Decision.

Plaintiff is directed to file an updated Status Report no later than May 22, 2020, setting forth the current status of the administrative proceedings in this case.

Date: May 1, 2020

/s/ Walter H. Rice (tp - per Judge Rice authorization after his review)
WALTER H. RICE
UNITED STATES DISTRICT JUDGE